UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ROBERT BAEHRLE,**

        **Plaintiff,**

**v.**                                   **Case No:  6:17-cv-1686-Orl-41GJK**

**H.A.T. SERVICE CORPORATION,**

        **Defendant.**

_____/

**ORDER**

THIS CAUSE is before the Court on the parties' Joint Motion to Approve Settlement ("Motion," Doc. 30). United States Magistrate Judge Gregory J. Kelly submitted a Report and Recommendation ("R&R," Doc. 31), recommending that the Court grant the Motion.

After a *de novo* review and noting that the parties filed a Joint Notice of No Objection (Doc. 32), the Court agrees with the analysis in the R&R, with the addition of the following caveat: to the extent that the Settlement Agreement purports to allow the parties to subsequently modify the Agreement, (*see* Doc. 30-1 ¶ 9), that language will be stricken. Pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1355 (11th Cir. 1982), any future modifications to the Settlement Agreement are unenforceable absent judicial approval.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 38) is **ADOPTED** and **CONFIRMED** as set forth herein.

2. To the extent the modification provision (Doc. 30-1 ¶ 9) purports to allow the Settlement Agreement to be modified without Court approval, it is **STRICKEN**.

3. The parties' Joint Motion to Approve Settlement (Doc. 30) is **GRANTED**; the Settlement Agreement, as amended by this Court, is **APPROVED**; and this case is **DISMISSED with prejudice**.

4. The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on July 31, 2018.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record